# Court of Appeals
# of the State of Georgia

ATLANTA,  August 21, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0183. MAUREEN MUTHONI v. FR-MP TRELLIS, LLC.

This case began as a dispossessory proceeding in magistrate court. The magistrate court issued a writ of possession to FR-MP Trellis, LLC and ordered Maureen Muthoni to pay past due rent to FR-MP Trellis. Muthoni filed a petition for review to the superior court. After Muthoni failed to pay the amount of the judgment into the court registry, as well as ongoing rent payments, the superior court granted FR-MP Trellis a writ of possession. Muthoni then filed a notice of appeal. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves a petition for superior court review of a magistrate court decision, Muthoni was required to file an application for discretionary appeal. See *Bullock*, 260 Ga. App. at 875.

Muthoni's failure to comply with the requisite appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__08/21/2025_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*